[Docket No. 16]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| RAYNE CROVETTI,<br><br>        Plaintiff,<br><br>  v.<br><br>WASHINGTON TOWNSHIP, KENNETH CONDIT, RAFAEL MUNIZ, STEVEN ROLANDO,<br><br>        Defendants. | Civil Action No.<br>11-cv-1834 RMB/JS<br><br>**ORDER** |

    THIS MATTER coming before the Court upon Defendants' motion for summary judgment; and the Court having considered the papers; and the Court having issued an Opinion on the motion;

    **IT IS HEREBY ORDERED** that the motion for summary judgment is GRANTED for the reasons set forth in the Opinion; and it is

    **FURTHER ORDERED** that this Court declines to exercise supplemental jurisdiction over the claims arising under New Jersey state law; and it is finally

    **ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon the parties, and shall close the file.

                                            <u>s/Renée Marie Bumb</u>
                                            RENÉE MARIE BUMB
                                            UNITED STATES DISTRICT JUDGE

Dated: <u>July 31, 2013</u>